# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RANDY L. BOGLE & SUSAN L. BOGLE     Case Number: 04-75661
2823 CENTER ROAD     SSN-xxx-xx-6426 & xxx-xx-2374
KINGS, IL  61068

Case filed on: 11/12/2004
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,371.90     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RANDY L. BOGLE | 0.00 | 0.00 | 791.90 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 791.90 | 0.00 |
| 001 | CITIFINANCIAL | 200.00 | 200.00 | 200.00 | 22.07 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 7,106.78 | 7,106.78 | 7,106.78 | 0.00 |
|  | Total Secured | 7,306.78 | 7,306.78 | 7,306.78 | 22.07 |
| 001 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMCORE BANK NA | 11,860.81 | 11,860.81 | 11,846.72 | 0.00 |
| 004 | PREMIER BANKCARD/CHARTER | 484.69 | 484.69 | 484.11 | 0.00 |
| 005 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | STILLMAN STORAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFNI/VERIZON | 236.26 | 235.55 | 235.55 | 0.00 |
| 008 | AFNI/VERIZON | 803.85 | 778.81 | 778.81 | 0.00 |
|  | Total Unsecured | 13,385.61 | 13,359.86 | 13,345.19 | 0.00 |
|  | Grand Total: | 22,056.39 | 22,030.64 | 22,807.87 | 22.07 |

Total Paid Claimant:     $22,829.94
Trustee Allowance:       $1,541.96
Percent Paid Unsecured:     99.89

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 10/30/2008     By  /s/Heather M. Fagan